PEOPLE v. DIAMOND. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Proceeding by the People of the State of New York against Elias Diamond. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 143 App. Div. 933, 128 N. Y. Supp. 1138.

PEOPLE v. DRISCOLL. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York against Dennis Driscoll. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. DUNFORD, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Proceeding by the People of the State of New York against Thomas Dunford. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. FRIEDMAN. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Proceeding by the People of the State of New York against Mano Friedman. No opinion. Motion granted. . Order filed.